EXHIBIT# 1 - Barcroft Media, Ltd. v. Mercury Radio Arts, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 2 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: Barcroft Media, Ltd.<br>Photo ID Number: 10540293<br>Date Taken: 03/21/2016<br>Photo Description: Janet, a plastic surgery addict on the right next to her only daughter, Jane on the left on January 17, 2016 in Burnley, England.<br>Copyright Application Date: 03/30/2016<br>Application Number: 1-3483657962<br>Copyright Registration Date: 03/30/2016<br>Registration Number: VA0002014350 | Domain: theblaze.com<br>URL:   http://www.theblaze.com/stories/2016/03/22/57-year-old-mom-pays-nearly-60k-for-cosmetic-surgery-to-look-exactly-like-her-daughter-see-the-creepy-photos/<br>Observed Date: 05/05/2016 | <br> |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 2** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: Barcroft Media, Ltd.<br>Photo ID Number: 10540257<br>Date Taken: 03/21/2016<br>Photo Description: A PLASTIC surgery addict mum has spent ?40,000 resculpting her face and body - to look more like her DAUGHTER.<br>Copyright Application Date: 03/30/2016<br>Application Number: 1-3483657962<br>Copyright Registration Date: 03/30/2016<br>Registration Number: VA0002014350 | Domain: theblaze.com<br>URL:   http://www.theblaze.com/stories/2016/03/22/57-year-old-mom-pays-nearly-60k-for-cosmetic-surgery-to-look-exactly-like-her-daughter-see-the-creepy-photos/<br>Observed Date: 06/29/2016 | <br> |

x